

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>Marcial Joshua MANJARREZ,<br><br>        Defendant. | Magistrate Case No. '21 MJ4489<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Sec 1324(a)(2)(B)(iii)<br>Bringing in Unlawful Alien(s)<br>Without Presentation |

The undersigned complainant, being duly sworn states:

On or about November 15, 2021, within the Southern District of California, Defendant Marcial Joshua MANJARREZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien(s), namely, Guadalupe Rodriguez Lozano and Guadalupe De La Cruz Rodriguez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien(s), and upon arrival did not bring and present said alien(s) immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Adriana A. Burns, CBP Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 16th of November 2021.

_____
HON. ALLISON H. GODDARD
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Guadalupe Rodriguez Lozano and Guadalupe De La Cruz Rodriguez are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On November 15, 2021, at approximately 8:54 A.M., Marcial Joshua MANJARREZ (Defendant), applied for admission into the United States from Mexico via the Otay Mesa, California Port of Entry vehicle primary lanes, as the driver, registered owner, and sole visible occupant of a 2003 Nissan Murano bearing California License plates. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented a U.S. Passport and Arizona Identification Card as his entry documents and stated he was traveling to San Diego, California with nothing to declare from Mexico. The CBP Officer observed the Defendant avoiding eye contact and conducted an inspection of the rear cargo area, where she noticed the spare tire cover panel was bolted down. The CBP Officer lifted the side of the panel and discovered two individuals concealed inside. The Defendant was placed in handcuff restraints and escorted to the security office. The vehicle was driven to the secondary lot for further inspection.

In secondary, responding CBP Officers located a drill, removed a total of five screws from the spare tire cover panel and discovered two females lying in the fetal position. The females appeared pale, were sweating profusely, and had difficulty walking. They were later identified as Guadalupe Rodriguez Lozano (MW1) and Guadalupe De La Cruz Rodriguez (MW2) and determined to be citizens of Mexico without documents to enter, pass through or remain in the United States; both were held as Material Witnesses.

During a video recorded interview, MW1 admitted she is a citizen of Mexico without legal documents to enter the United States. MW1 admitted she made the smuggling arrangements and was going to pay a smuggling fee of $10,000.00 USD upon successful entry into the United States. MW1 was traveling to Los Angeles, California to reside and seek employment.

During a video recorded interview, MW2 admitted she is a citizen of Mexico without legal documents to enter the United States. MW2 admitted she made the smuggling arrangements and was going to pay a smuggling fee of $20,000.00 USD upon successful entry into the United States. MW2 was traveling to Santa Maria, California to reside and seek employment.